UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESMOND RICKS, ET AL.,

    Plaintiffs,  No. 17-12784

v.  District Judge Paul D. Borman
Magistrate Judge R. Steven Whalen

DAVID PAUCH, ET AL.,

    Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on February 27, 2018, Plaintiffs' Motion to Compel Defendants to Produce the Evidence Bullets for Examination by Plaintiffs' Expert, David Townshend [Doc. #20] is GRANTED.

The examination by Mr. Townshend will occur by April 30, 2018, at a facility to be agreed upon by counsel.

IT IS SO ORDERED.

                                  s/ R. Steven Whalen
                                  R. STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE

Dated: February 27, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 27, 2018, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla  
Case Manager to the  
Honorable R. Steven Whalen