UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESMOND RICKS, ET AL.,

    Plaintiffs,

No. 17-12784

v.

District Judge Paul D. Borman
Magistrate Judge R. Steven Whalen

DAVID PAUCH, ET AL.,

    Defendants.
                              /

**ORDER**

At oral argument on February 27, 2018, Plaintiffs' counsel indicated that his motion to compel photographs and notes from Defendants' expert [Doc. #23] has been resolved, and that he has received the requested material.

Therefore, Plaintiffs' motion [Doc. #23] is DISMISSED AS MOOT.

IT IS SO ORDERED.

                                     s/ R. Steven Whalen
                                     R. STEVEN WHALEN
                                     UNITED STATES MAGISTRATE JUDGE

Dated: February 27, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 27, 2018, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen