**EXHIBIT 1**

# LABORATORY ANALYSIS

| LAB NO. |
| --- |
| 515-92 |
| LOCK SEAL NO. |
| -------------- |

DETROIT
DEPARTMENT
POLICE

| RECEIVED BY | DATE | TIME | DELIVERED BY | PRECT/SECTION |
| --- | --- | --- | --- | --- |
| Johnston | 3/5/92 | 930AM | Gerds | Homicide |

REFERENCE

Gerry Bennett    Puritan and James Cousins    (Fatal shooting)

| CASE OFFICERS | PRECT/SECT. | TECHNICIAN ASSIGNED | DATE STARTED | DATE COMPLETED | HOURS |
| --- | --- | --- | --- | --- | --- |
| Stawiasz | Homicide | D Pauch | 3/6/92 | 3/6/92 | |

## SERVICE REQUESTED

1. Examine, classify submitted evidence.

2. Examine, classify and test fire submitted weapon.

3. Microscopic comparison of fired evidence against test shots.

## EVIDENCE SUBMITTED

ET#923423    (1)38spl, Rossi, 68, Brazil, BSr, 5shot, 3"bbl,
class 6R, serial#D373334,

(3)38spl, remington peters, lead round nose,

(1)38spl, Winchester, lead round nose,

(1)38spl, Norma, lead round nose cartridges,

(2)used for test.

NOTE: Above evidence received by Wilson, 3/6/92, 850AM, Delivered Edwards,

ET#923409    (1)38spl, lead bullet, traces of lands and grooves,

ET#923410    (1)38spl, lead bullet, traces of lands and grooves,

## RESULTS OF EXAMINATION

The submitted evidence was examined and classified as stated. Weapon test fired fully functional and test shots retained. A microscopic comparison of the test shots from weapon on ET#923423 against the fired evidence on tag#s 923409, 923410 yielded a POSITIVE ID. Meaning the fired evidence was fired from the above weapon.

All evidence sent to property section.

DAVID W. PAUCH
POLICE OFFICER
FIREARMS EXAMINER

ROBERT B. WILSON
SERGEANT
FIREARMS EXAMINER

D.P.D. 282