# EXHIBIT 2



**STATE OF MICHIGAN**
# DEPARTMENT OF STATE POLICE
FORENSIC SCIENCE DIVISION

Metro Detroit Forensic Laboratory
1301 Third Street
Detroit, MI 48226

# LABORATORY REPORT
## Corrected Copy

| | | | | | |
|---|---|---|---|---|---|
| Laboratory No. | : | MD17-1738 | Record No. | : | 1 |
| Investigating Ofcr. | : | Frances Donnelly | Date Received | : | March 30, 2017 |
| Agency | : | Detroit Police Department | Time Received | : | 10:02 a.m. |
| Agency No. | : | 0092029495 | Date Completed | : | May 24, 2017 |

**Nature of Offense:**

0900-1 - Murder/Nonnegligent Manslaughter

**Victim:**

Bennett, Gerry

**Suspect:**

Desmond, Ricks

**Evidence Received:**

| | |
|---|---|
| Container 1 | 1 - Tape sealed envelope (DPD Tag 465922-1), containing: |
| | 1 - String tied envelope (marked Head), containing: |
| **Item 1** | **1 - Fired lead bullet.** |
| | |
| Container 2 | 1 - Tape sealed envelope (DPD Tag 465937-1), containing: |
| | 1 - String tied envelope (marked Back Bone), containing: |
| **Item 2** | **1 - Fired lead bullet.** |

**Results of Physical/Microscopic Examination:**

**Items 1 and 2** (fired lead bullets) could not be identified or eliminated (inconclusive) as having been fired in the same firearm. The individual characteristics present did not display sufficient agreement.

**Item 1** is consistent with being a .38/9mm caliber class fired lead bullet displaying conventional rifling specifications of a right twist. Damage/mutilation prevented a more definitive classification.

**Item 2** is consistent with being a .38/9mm caliber class fired lead bullet displaying conventional rifling specifications of five lands and grooves with a right twist.

The classification statement for Items 1 and 2 will be separated and Item 2 is going to add that it is has five lands and grooves with a right twist.

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP laboratory accredited under the ASCLD/LAB international testing program since July 26, 2012.*

*The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*

D/Sgt. Dean Molnar Jr.
State Police Specialist
Firearms/Toolmarks Unit
email: molnard1@michigan.gov

May 24, 2017

cc:   Krista Chludzinski, Jonathan Mycek

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP laboratory accredited under the ASCLD/LAB international testing program since July 26, 2012.*

*The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*