# EXHIBIT 3



# ARMA FORENSICS

Post Office Box 116
Armuchee, Georgia 30105
706-331-9971
www.armaforensics.com

## OFFICIAL REPORT

TM

**November 30, 2017**                    **2017-CV-100201**

Jerry Ashford
City of Detroit Law Department
2 Woodward Ave, Suite 500
Detroit, Michigan 48226

RE: Desmond Ricks vs. City of Detroit

## DESCRIPTION OF EVIDENCE

On November 27, 2017, the following evidence was received from Sgt. David Marshall:

1. Sealed manila envelope identified as containing one bullet.
2. Sealed manila envelope identified as containing one bullet.

## SERVICES REQUESTED

Bullet examination and comparison

## EXAMINATIONS CONDUCTED

The Item 1 package consists of a larger string tie manila envelope sealed with evidence tape. There is evidence that the package has been opened and re-sealed on more than one occasion. Inside the outer envelope is a smaller string tie commercially printed evidence envelope. Affixed to the smaller envelope with a staple is a small clear heat sealed plastic bag containing a lead bullet.

The Item 1 lead bullet is identified by markings on the package as coming from the autopsy of Gerry Bennett and removed from the decedent's head. It is identified as a 38 caliber bullet and exhibits damage consistent with a lead bullet that has penetrated a human skull. There is dried tissue and what appears to be a fragment of bone embedded in the side. This hollow base lead bullet is consistent with 158 grain .38 Special ammunition marketed by the Federal Cartridge Corporation. This fired bullet weighs 138.6 grains. Due to damage, the rifling characteristics were determined by dividing the bullet circumference by the combined widths of the best available land and groove impressions.

Inscribed on the side of the item 1 bullet is the number 51592 followed by what appeared to be initials. The characters comprising the initials could not be definitively discerned. Inscribed inside the base of the item 1 bullet is the number MD17-1738 followed by what appeared to be initials and the number 1. The characters comprising the initials could not be definitively discerned. The item 1 bullet was compared microscopically with the item 2 bullet.

The Item 2 package consists of a larger string tie manila envelope sealed with evidence tape. There is evidence that the package has been opened and re-sealed on more than one occasion. Inside the outer envelope is a smaller string tie commercially printed evidence envelope. Affixed to the smaller envelope with a staple is a small clear heat sealed plastic bag containing a lead bullet.



# ARMA FORENSICS

Post Office Box 116
Armuchee, Georgia 30105
706-331-9971
www.armaforensics.com

## OFFICIAL REPORT

**November 30, 2017**                                   **2017-CV-100201**

The Item 2 lead bullet is identified by markings on the package as coming from the autopsy of Gerry Bennett and removed from the decedent's back. It is identified as a 38 caliber bullet and exhibits damage consistent with a lead bullet that has penetrated a human body. There is dried tissue on the side and inside the base. This hollow base lead bullet is consistent with 158 grain .38 Special ammunition marketed by the Federal Cartridge Corporation. This fired bullet weighs 152.2 grains. Due to damage, the rifling characteristics were determined by dividing the bullet circumference by the combined widths of the best available land and groove impressions.

Inscribed on the side of the item 2 bullet is the number 51592 followed by what appeared to be initials. The characters comprising the initials could not be definitively discerned. Inscribed inside the base of the item 2 bullet is the number MD17-1738 followed by what appeared to be initials and the number 2. The characters comprising the initials could not be definitively discerned. The item 2 bullet was compared microscopically with the item 1 bullet.

## CONCLUSIONS

The item 1 bullet from the decedent's head was compared microscopically with the item 2 bullet from the decedent's back. There were sufficient corresponding individual characteristics on both the land and groove impressions on multiple areas of the bullets to conclude the two bullets were fired from the same firearm barrel.

Based on data in the 2010 version of the General Rifling Characteristics File published by the FBI Laboratory and the undersigned's previous experience, the rifling characteristics of five lands and grooves with a right twist exhibited on the item 1 and 2 bullets are commonly found in Smith & Wesson, Ruger and Taurus .38 Special and .357 Magnum revolvers. This does not preclude the possibility that a firearm produced by a different manufacturer with the same rifling characteristics could have fired the two bullets.

This report contains the interpretations and opinions of the undersigned based solely on the results of examinations conducted on the evidence discussed above. Analytical bench notes, photographs and other data supporting the conclusions are maintained separately within the case record.

Respectfully submitted,

Francis T. "Jay" Jarvis, M.S.
Principal Scientist

Justice from science™