

**EXHIBIT 4**

Approved SCAO

Original – Court
1st copy – Prosecutor
2nd copy – Defendant/Juvenile

3rd copy – Police agency
4th copy – Arresting agency
PROBATE JIS CODE: NOL

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | MOTION/ORDER OF NOLLE PROSEQUI | CASE NO. 92-003680-01-FC |
|---|---|---|

ORI MI- 821095J    Court address    1441 St. Antolne – Detroit, MI 48226    .Courtroom    303    Court telephone no.    313-224-2477

Police Report No.

| THE PEOPLE OF | ☒ The State of Michigan · ☐ _____ | V | Defendant/Juvenile name, address, and telephone no. Desmond Ricks 16500 Hubbell |
|---|---|---|---|

| | | CTN/TCN 92214636-01 | SID MI-1363210W | DOB 05/08/1966 |
|---|---|---|---|---|

☐    Juvenile    In the matter of _____

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| 1 | Homicide - Murder - Second Degree | 750317 |
| 2 | Weapons Felony Firearm | 750227B-A |
| 3 | Habitual Offender - 2nd Offense Notice | 76910 |

## MOTION

**Jason W. Williams** _____ , prosecuting official, moves for a nolle prosequi in this case
Name (type or print)
for the following reason(s): People have insufficient evidence to proceed.

6/1/17
Date

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK
DEPUTY CLERK

Prosecuting official

5/503
Bar no.

## ORDER

**IT IS ORDERED:**

☒ 1. Motion for nolle prosequi is granted and the case is dismissed without prejudice.
☐ 2. Motion for nolle prosequi is granted as to the following charge(s) which are dismissed without prejudice:

_____

_____

☐ 3. Motion for nolle prosequi is denied.
☐ 4. Defendant/Juvenile shall be immediately discharged from confinement in this case.
☐ 5. Bond is canceled and shall be returned after costs are deducted.
☐ 6. Bond is continued on the remaining charge(s).

June 1, 2017
Date

Judge/Magistrate    Richard M. Skutt

20564
Bar no.

If item 1 is checked the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL 769.16a.

**TO THE DEFENDANT:** Your fingerprints and arrest card will be destroyed by the Michigan State Police within 60 days of the date of this order when permitted by MCL 28.243.