UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESMOND RICKS, ET AL.,

    Plaintiffs,                      No. 17-12784

v.                                District Judge Paul D. Borman
                                      Magistrate Judge R. Steven Whalen

DAVID PAUCH, ET AL.,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on September 18, 2018, Plaintiffs' Motion to Compel Rule 30(b)(6) deposition [Doc. #54] is DENIED.

However, in lieu of deposition, Plaintiffs may, within seven days of the date of this Order, submit interrogatories to Defendant David Pauch, limited to the policies and procedures of the Detroit Crime Laboratory in 1992.

In addition, Defendants' previous Rule 30(b)(6) witness, John Watkins, will undertake a diligent and good-faith search for written policies of the Crime Laboratory from 1992, and within 14 days of the date of this Order will produce any such written policies that have not already been provided to Plaintiffs. If Mr. Watkins is unable to find any such written policies that have not already been produced, he will so certify in a written affidavit.

IT IS SO ORDERED.

Dated: September 18, 2018                          s/R. Steven Whalen
                                                                         R. STEVEN WHALEN
                                                                           UNITED STATES MAGISTRATE
                                                                           JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify on September 18, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on September 18, 2018.

                                             s/Carolyn M. Ciesla
                                             Case Manager for the
                                             Honorable R. Steven Whalen